```
 1  HUESTON HENNIGAN LLP
    Moez M. Kaba, State Bar No. 257456
 2  mkaba@hueston.com
    Andrew K. Walsh, State Bar No. 273763
 3  awalsh@hueston.com
    Justin M. Greer, State Bar No. 318086
 4  jgreer@hueston.com
    Cassidy M. O'Sullivan, State Bar No. 340492
 5  cosullivan@hueston.com
    523 West 6th Street, Suite 400
 6  Los Angeles, CA 90014
    Telephone:  (213) 788-4340
 7  Facsimile:  (888) 775-0898

 8  Attorneys for Defendant
    and Counterclaimant
 9  SomaLogic. Inc.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ASHWIN GOPINATH, an individual, | Case No. 23-cv-01164-W-VET |
|---|---|
| Plaintiff/Counter-Defendant | **JOINT MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| v. | |
| SOMALOGIC, INC., a Delaware corporation. | |
| Defendant/Counterclaimant | |

Defendant and Counterclaimant SomaLogic, Inc. ("SomaLogic") and Plaintiff and Counter-defendant Dr. Ashwin Gopinath ("Dr. Gopinath") (collectively, the "Parties") have finalized a confidential settlement that resolves this matter in its entirety. Therefore, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties, by and through their respective counsel of record, HEREBY STIPULATE AND AGREE, and JOINTLY MOVE the COURT, to:

1. Dismiss this action in its entirety and with prejudice; and
2. Order that each of the Parties shall bear its own costs, fees, and expenses.

**IT IS SO STIPULATED.**

Dated: February 14, 2024              Respectfully submitted,

                                       HUESTON HENNIGAN LLP


                                       By:  */s/ Andrew K. Walsh*
                                            Moez M. Kaba
                                            Andrew K. Walsh
                                            Attorneys for Defendant and
                                            Counterclaimant
                                            SOMALOGIC, INC.

Dated: February 14, 2024              Respectfully submitted,

                                       NASSIRI & JUNG LLP


                                       By:  */s/ Russell Taylor*
                                            Russell Taylor
                                            Attorneys for Plaintiff and Counter-
                                            Defendant
                                            ASHWIN GOPINATH

## **CERTIFICATION**

I, Andrew K. Walsh, am the ECF User whose identification and password are being used to file this Joint Motion. I hereby attest that Russell Taylor has agreed that the contents of the Joint Motion are acceptable and has authorized this filing.

Dated: February 14, 2024

By: */s/ Andrew K. Walsh*
Andrew K. Walsh
Email: awalsh@hueston.com
*Attorneys for Defendant and Counterclaimant SomaLogic, Inc.*