UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHWIN GOPINATH,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SOMALOGIC, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No.: 23-CV-01164-W-VET<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [DOC. 56] AND DENYING MOTION FOR STAY [DOC. 52] AS MOOT** |

　　Pending before the Court is Plaintiff Ashwin Gopinath and Defendant SomaLogic, Inc.'s (the "Parties") joint motion to dismiss this action with prejudice under FED. R. CIV. P. 41(a)(1)(A)(ii) ([Doc. 56], "Joint Motion to Dismiss").  Also pending before the Court is the Parties' joint motion to stay all case deadlines pending finalization of settlement ([Doc. 52], "Joint Motion to Stay").  Good cause appearing, the Court **GRANTS** the Joint Motion to Dismiss and **ORDERS** the case **DISMISSED WITH PREJUDICE**.  **IT IS FURTHER ORDERED** that each party shall bear its own fees, expenses, and costs.

　　The Court **DENIES** the Joint Motion to Stay as moot.

　　**IT IS SO ORDERED**.

Dated: February 16, 2024

　　　　　　　　　　　　　　　　　　　　Hon. Thomas J. Whelan
　　　　　　　　　　　　　　　　　　　　United States District Judge